**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**CAMERON PERLA, CSB #351011**
Assistant United States Attorney
Cameron.Perla@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2936
Phone: 503.727.1000
      Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **STEVE BENHAM,** | **Case No.: 3:26-cv-00697-AN** |
| Plaintiff, | |
| v. | **DECLARATION OF ANTHONY LAVOI IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |
| **UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION,** | |
| Defendants. | |

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

**STEVE BENHAM,** an individual                    **Case No. 3:26-cv-00697-AN**

        Plaintiff,

      v.                                                    **DECLARATION OF ANTHONY LAVOI**

**UNITED STATES DEPARTMENT
OF COMMERCE,** *et al.*

        Defendants.

Pursuant to 28 U.S.C. Section 1746, I, Anthony LaVoi, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am currently the Chief Data Officer and Freedom of Information Act ("FOIA") Public Liaison for the National Oceanic and Atmospheric Administration ("NOAA"), an operating unit of the United States Department of Commerce. I currently oversee the suite of NOAA open government information services, including the FOIA program. I have served in this position since April 2021. My primary duties include implementation of the NOAA Data Strategy across the agency, strengthening how data are managed and used. As Chief Data Officer, I specifically oversee the team responsible for managing NOAA's receipt and log-in of incoming FOIA requests, the tasking and coordination of searches for responsive records, and review of outgoing responses.

2. I make the statements herein on the basis of my personal knowledge, as well as on information provided to me in my official capacity.

1 **DECLARATION OF ANTHONY LAVOI**

**FOIA Request DOC-NOAA-2025-000942**

3.      I am personally familiar with the FOIA request at issue in this case.

4.      On or about April 8, 2025, Steve Benham, on behalf of KATU TV ("KATU"), submitted a FOIA request to NOAA, requesting the following: "1) The list of probationary employees the Department of Commerce/NOAA was required to send to the U.S. Office of Personnel Management as required in a memo from OPM Acting Director Charles Ezell titled 'Guidance on Probationary Periods' sent on or around Jan. 20, 2025 to all Executive Branch agencies.  2) Please send me a list of NOAA employees and their positions who were terminated and then reinstated by court order between Jan. 20, 2025 and March 25, 2025." *See* FOIA Request DOC-NOAA-2025-000942, Exhibit A.

5.      On April 8, 2025, the Department of Commerce acknowledged KATU's request and assigned it tracking number DOC-NOAA-2025-000942.  *See* Request Acknowledgement, Exhibit B.

6.      The request listed the requester category as "News Media." Ex. A at 1.

7.      The request provided KATU's physical address, 2153 NE Sandy Blvd, Portland, OR 97232 and sbenham@katu.com as the contact information. *Id.*

8.      The request identified Mr. Benham as a "KATU Digital Content Producer." *Id.* 1, 2.

9.      The request included a request for a fee waiver, on the basis that the requester was a member of the media, and the requested information could be "disseminated in the public interest to the public." *Id.* at 2.

2 DECLARATION OF ANTHONY LAVOI

10.    On or about April 8, 2025, NOAA granted the fee waiver request based on the ability of KATU to meet the four factors considered under 15 C.F.R. § 4.11(l)(2), "Requirements for waiver or reduction of fees."  Screenshot of Fee Waiver Request and Determination, Exhibit C.

11.    Had Mr. Benham as an individual been the original FOIA requester, NOAA would have classified him in the "All Other Requester" category and issued a fee estimate for the expense the government would incur for search and duplication (excluding the cost of the first two hours of search and 100 pages).

12.    On or about February 23, 2026, Mr. Benham, as a representative of KATU, submitted an administrative appeal to the Department of Commerce concerning FOIA Request DOC-NOAA-2025-000942.  Administrative Appeal, Exhibit D.

13.    Mr. Benham copied the KATU News Director, KATU Assistant News Director, and KATU Director of Digital Content when submitting the administrative appeal.  The appeal again identified Mr. Benham as a Digital Content Producer for KATU.  *Id.* at 1.

14.    On June 25, 2026, NOAA provided three records to KATU TV in response to item 2 of FOIA Request DOC-NOAA-2025-000942.  The records were previously produced in response to another FOIA request in litigation and were partially redacted pursuant to FOIA Exemptions 6 and 7.  The three records are lists from three NOAA line offices of probationary period employees who were terminated during the time period relevant to item 2 of KATU TV's request, with information

3 **DECLARATION OF ANTHONY LAVOI**

about the employees' positions.  NOAA is continuing to search for records responsive to KATU's request.

15.    I have searched NOAA's FOIA system and confirmed that as of June 22, 2026, NOAA has not received any FOIA requests from Steve Benham on his own behalf.

LAVOI.ANTHONY.AN  Digitally signed by
DREW.1365862580   LAVOI.ANTHONY.ANDREW.1365
                  862580
                  Date: 2026.06.26 15:15:19 -04'00'

_____

Anthony LaVoi
NOAA Chief Data Officer and FOIA
Public Liaison

Executed this 26th day of June 2026.

**4 DECLARATION OF ANTHONY LAVOI**